UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLACKBOOK CAPITAL LLC, APEX HOMES, INC., FRANKLIN OGELE, and LEONARD RAY WATTS, | CASE NO.  13-cv-5856 (WHP) |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| -against- | Action filed:  August 20, 2013 |
| ETICO CAPITAL L.P., JMBEE LLC, GLOBAL ASSET MANAGEMENT LLC, AEF LLC, and PTERODACTYL HOLDINGS LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs BlackBook Capital LLC, Apex Homes, Inc., Franklin Ogele and Leonard Ray Watts, by their undersigned counsel, hereby voluntarily dismiss the above captioned action without prejudice as to defendants Etico Capital L.P., JMBEE LLC, Global Asset Management LLC, AEF LLC and Pterodactyl Holdings LLC.

Dated: New York, New York
        September 5, 2013

Respectfully submitted,

KHEYFITS & MALONEY LLP

By: _____
    Michael James Maloney
    1140 Avenue of the Americas, 9th Floor
    New York, New York  10036
    Tel. (646) 564-3510
    Fax. (212) 203-6445
    mmaloney@kheyfitsmaloney.com

*Attorneys for Plaintiffs BlackBook Capital,*
*LLC, Apex Homes, Inc., and Leonard Ray Watts*

1

## CERTIFICATE OF SERVICE

I certify that on September 5, 2013, copies of the foregoing NOTICE OF

VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) were served on Etico

Capital L.P., JMBEE LLC, Global Asset Management LLC, AEF LLC and Pterodactyl Holdings

LLC by causing true and correct copies of the foregoing papers to be filed via the Court's

CM/ECF electronic filing system and by sending copies by regular first-class mail to addresses

listed below:

Etico Capital L.P.
405 Lexington Avenue, 7th Floor,
New York, New York  10174

JMBEE LLC
c/o Etico Capital L.P.
405 Lexington Avenue, 7th Floor,
New York, New York  10174

Global Asset Management LLC
c/o Etico Capital L.P.
405 Lexington Avenue, 7th Floor,
New York, New York  10174

AEF LLC
c/o Etico Capital L.P.
405 Lexington Avenue, 7th Floor,
New York, New York  10174

Pterodactyl Holdings LLC
c/o Etico Capital L.P.
405 Lexington Avenue, 7th Floor,
New York, New York  10174

_____
Michael James Maloney